UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN RAY TAYLOR, ID # 2070100, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-2660-G (BH) |
| PRESIDING JUDGE, 291ST JUDICIAL ) | |
| DISTRICT ATTORNEY, ) | |
| ) | |
| Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the petitioner's motion to proceed *in forma pauperis* is

**DENIED**.  The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

      **SO ORDERED**.

December 12, 2017.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**